1  PATRICIA J. RYNN, State Bar No. 092048
2  LOIS RUBIN, State Bar No. 092889
   RYNN & JANOWSKY, LLP
3  4100 Newport Place Drive, Suite 700
4  Newport Beach, CA 92660-2423
   Telephone: (949) 752-2911
5  Facsimile: (949) 752-0953

6
   Attorneys for Plaintiff
7  CAL CITRUS PACKING CO.

8
                 IN THE UNITED STATES DISTRICT COURT
9
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11  CAL CITRUS PACKING CO., a          CASE NO.  CV-06-3007 PA (RZx)
12  corporation,
                                        **PLAINTIFF'S SECOND *EX PARTE***
13                      Plaintiff,      **APPLICATION TO REINSTATE**
                                        **ACTION AND ENTER JUDGMENT**
14       v.                             **PURSUANT TO STIPULATION;**
                                        **DECLARATION OF PATRICIA J.**
15                                      **RYNN IN SUPPORT THEREOF**
16  ROBERT PARK aka ROBERT G.
    PARK aka ROBERT CHUNGKOOK           **[NO HEARING NECESSARY]**
17  PARK aka CHUNG KOOK PARK, an
    individual, doing business as SUN
18  FRUIT DISTRIBUTING,

19
                        Defendant.
20

21

22       Plaintiff, CAL CITRUS PACKING CO., (hereinafter "Cal Citrus" or

23  "Plaintiff"), by the undersigned attorneys, hereby makes this second application

24  for an order to reinstate this lawsuit for the limited purpose of entering and

25  enforcing judgment pursuant to stipulation against Defendant ROBERT PARK aka

26  ROBERT G. PARK aka ROBERT CHUNGKOOK PARK aka CHUNG KOOK

27

28

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

PARK, an individual, doing business as SUN FRUIT DISTRIBUTING ("Park" or "Defendant").

The grounds for this application are as follows:

1.  On or about December 13, 2006, Plaintiff and Defendant entered into a Stipulation for Entry of Judgment Against Defendant ("Stipulation") by which Defendant was to have made certain payments to Plaintiff at specified times and in specified amounts.

2.  Pursuant to the Stipulation, Plaintiff's action may be dismissed without prejudice pending repayment of the sums due, subject to reinstatement for the purpose of entering and enforcing judgment against Defendant in the event Defendant defaulted on the terms of the Stipulation.

3.  Defendant has defaulted on the terms of the Stipulation and, therefore, Plaintiff is requesting that judgment be entered against Defendant in the manner and amounts set forth in the Stipulation.

4.  Under the terms of the Stipulation, judgment may be entered on an *ex parte* basis and may be based solely on the Stipulation and the declaration of Plaintiff's attorney that Defendant has defaulted on the terms of the Stipulation and has failed to cure said default in the manner and at the times set forth therein, subject only the Defendant's right to challenge whether default has in fact occurred.

///

///

///

LAW OFFICES
**RYNN & JANOWSKY, LLP**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

For each of these reasons, as well as for the reasons set forth in the attached Declaration of Patricia J. Rynn and exhibits appended thereto and the Declaration of R. Jason Read and exhibits appended thereto, Plaintiff respectfully requests that the above-captioned action be reinstated for the purpose of entering and enforcing judgment against Defendant in the manner and under the terms set forth in the Stipulation.

Respectfully submitted,

DATED:  February 28, 2008        RYNN & JANOWSKY, LLP

By:        /s/ PATRICIA J. RYNN
_____
PATRICIA J. RYNN, Attorneys for Plaintiff CAL CITRUS PACKING CO.

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

## DECLARATION OF PATRICIA J. RYNN

I, PATRICIA J. RYNN, declare as follows:

1.      I am a partner in the law firm of Rynn & Janowsky, LLP, counsel of record for the Plaintiff and moving party herein, CAL CITRUS PACKING CO., (hereinafter "Cal Citrus" or "Plaintiff"), and I make this declaration in support of Plaintiff's *ex parte* Application for an order to reinstate this lawsuit for the limited purpose of entering and enforcing judgment pursuant to stipulation against Defendant ROBERT PARK aka ROBERT G. PARK aka ROBERT CHUNGKOOK PARK aka CHUNG KOOK PARK, an individual, doing business as SUN FRUIT DISTRIBUTING ("Park" or "Defendant").

2.      I have personal knowledge of all facts contained in this declaration and if called as a witness, I could and would competently testify to all of the following.  As to those matters set forth herein on information and belief, I believe them to be true.

3.      On or about December 13, 2006, Plaintiff and Defendant entered into a Stipulation for Entry of Judgment ("Stipulation") by which Defendant was to have made certain payments to Plaintiff at specified times and in specified amounts.  A true and correct copy of that Stipulation is attached hereto and incorporated herein by this reference as **Exhibit 1.**

4.      Under the terms of the Stipulation, and in particular commencing at paragraph 12, Defendant agreed to make certain payments to Plaintiff, to be received at specified times.  See, paragraph 12 of Exhibit 1.

5.      Defendant has defaulted on the terms of the Stipulation by failing to timely remit the January 1, 2008 payment required under Paragraph 12.

6.      Upon Defendant's failure to remit a timely payment as required under the Stipulation, Plaintiff was required to provide written notice of the delinquency to Defendant, who thereafter had 3 calendar days to cure the delinquency.  See, Paragraph 16 of Exhibit 1.  In compliance with this requirement, on January 3,

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

2008, I prepared the necessary notice of delinquency and faxed a copy of that notice to Defendant's counsel, Mr. John Pyung-Ku Lee, in the manner required under the Stipulation.  A true and correct copy of that Notice of Delinquency, along with proof of successful fax transmission is attached hereto and incorporated herein by this reference as **Exhibit 2.**

7.     In any event, as of the date of this Declaration, Defendant has failed to timely cure the delinquency described above.  Therefore, Defendant is in default of the Stipulation.

8.     Upon default, paragraphs 14 and 16 of Exhibit 1 entitled Plaintiff to immediately obtain a judgment, on an *ex parte* basis, in this Court.  The judgment shall reflect the balance due as of the date the judgment is presented for entry.  The amount of the judgment shall be in the full principal amount due as alleged in the Stipulation, and shall also include all accrued finance charges provided for in the Stipulation as well as attorneys' fees and costs.

9.     Paragraph 16 of the Stipulation further provides that the judgment may be based solely on the Stipulation and the declaration of Plaintiff's attorney confirming that Debtor has defaulted on the terms of the Stipulation and has failed to cure said default in the manner and at the times set forth therein, subject only to Defendant's right to challenge whether default has in fact occurred.  See again, Paragraph 16 of Exhibit 1.

10.     With respect to attorneys' fees and interest, Paragraph 14 of the Stipulation provides as follows:  "In the event judgment is entered, judgment shall be in an amount equal to the full principal sum due to Plaintiff as described in this Stipulation, $70,731.00, less any payments received by Plaintiff prior to entry of judgment plus accrued interest charges at 10% per annum from the date each obligation originally became due, plus charges, actual attorney's fees and costs and any and all other amounts allowed by this Stipulation."  See again, Paragraph 14 of Exhibit 1.

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

LAW OFFICES
**RYNN & JANOWSKY, LLP**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

11. The balance due to Plaintiff as of the date of this Declaration is $101,947.93, itemized as follows:

    A.    <u>Principal</u>: $70,731.00

    B.    <u>Pre-Judgment Interest</u>: $22,649.00, through February 28, 2008, calculated at 10% per year from the date on which each invoice payment fell due, less payments received as follows: (i) an initial payment of $1,000.00, received on January 1, 2007; (ii) $1,000.00, received on January 1, 2007; (iii) $1,000.00, received on April 1, 2007; (iv) $1,000.00, received on July 1, 2007; (v) $1,000.00, received on October 1, 2007;

    C.    <u>Attorneys' Fees</u>: $8,567.93 through January 31, 2008.

12. Interest was calculated based on simple interest at the rate of 10% per annum using the T-Value computer program which has the ability to calculate interest under several scenarios. The notation "US Rule" on the face of the schedule confirms that the amortization schedule used simple, rather than compound, interest. Attached as **Exhibit 3** hereto are copies of the subject unpaid invoices. Also, attached as **Exhibit 4** hereto is an amortization schedule created by T-Value that enumerates $22,649.00 in accrued interest charges.

13. With respect to attorneys' fees incurred in the total amount of $8,567.93, I have attached to this Declaration, as **Exhibit 5,** a report summarizing the attorneys' fees incurred from January 2006 to January 2008. Our client was billed at our current and customary billing rate of $325.00 per hour. I have extensive experience (over two decades) in litigating and advising clients regarding matters arising from the Perishable Agricultural Commodities Act, 7 U.S.C. sec. 499a, *et seq*. and in representing growers and shippers of fresh fruit and vegetables. This rate is, in my opinion and in the opinion of our firm, reasonable and competitive and customary (indeed, it is on the low side) for attorneys who

practice in this area of the law, and it is certainly reasonable for attorneys who practice in and before this Court.

14.    For each of these reasons, as well as for the reasons set forth in the attached exhibits, Plaintiff respectfully requests that the above-captioned action be reinstated for the purpose of entering and enforcing judgment against Defendant in the manner and under the terms set forth in the Stipulation.  Simultaneously with this Application, I am lodging a proposed judgment which sets forth the amounts which I believe are due to Plaintiff and to which Plaintiff is entitled pursuant to the terms of the Stipulation.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 28th day of February 2008 at Newport Beach, California.


_____/s/ PATRICIA J. RYNN_____
PATRICIA J. RYNN

LAW OFFICES
**RYNN & JANOWSKY, LLP**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

send
JS-6

1  PATRICIA J. RYNN, State Bar No. 092048
2  LOIS RUBIN, State Bar No. 092889
   RYNN & JANOWSKY, LLP
3  4100 Newport Place Drive, Suite 700
4  Newport Beach, CA 92660-2423
   Telephone: (949) 752-2911
5  Facsimile: (949) 752-0953

6
   Attorneys for Plaintiff
7  CAL CITRUS PACKING CO.

8
                IN THE UNITED STATES DISTRICT COURT
9
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11 CAL CITRUS PACKING CO., a          CASE NO.  CV-06-3007 PA (RZx)
12 corporation,
                                      **STIPULATION FOR ENTRY OF**
13                Plaintiff,          **JUDGMENT AGAINST**
                                      **DEFENDANT; [PROPOSED]**
14       v.                           **ORDER THEREON**

15
16 ROBERT PARK aka ROBERT G.
   PARK aka ROBERT CHUNGKOOK
17 PARK aka CHUNG KOOK PARK, an
   individual, doing business as SUN
18 FRUIT DISTRIBUTING,

19
20                Defendant.

21

22                              I.

23                         THE PARTIES
24
25       The Parties to this Corrected Stipulation of Undisputed Facts and For Entry
26 of Judgment ("Stipulation") are CAL CITRUS PACKING CO. ("Cal Citrus" or
27 "Plaintiff") and ROBERT PARK aka ROBERT G. PARK aka ROBERT
28 CHUNGKOOK PARK aka CHUNG KOOK PARK, an individual, doing business

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 8 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

DOCKETED ON CM
JAN 2 2 2007
BY                    010

LODGED

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

1    as SUN FRUIT DISTRIBUTING ("Park" or "Defendant").   Plaintiff and

2    Defendant are collectively referred to as "The Parties."

3         In consideration of Defendant's agreement to pay sums to Plaintiff in the

4    amounts and at the times set forth below, and for Defendant's agreement to allow

5    judgment to be entered against them in the manner described below.  The Parties

6    hereby agree and stipulate, for good and valuable consideration the sufficiency of

7    which is hereby acknowledged, to the following facts, all of which may be adopted

8    by this Court as findings of Fact upon such terms and conditions as provided in this

9    Stipulation.

10                                    **II.**

11                            **STIPULATED FACTS**

12        1.     Between on or about March 18, 2004 and March 26, 2004, Cal Citrus

13    sold and shipped to Defendant at Defendant's request, perishable agricultural

14    commodities for agreed upon selling prices cumulatively totaling the amount of at

15    least $70,731.00;

16        2.     Cal Citrus has taken all steps necessary to properly preserve its PACA

17    Trust rights under 7 U.S.C. §499e(c) with respect to the sales transactions

18    described above and all sums due Cal Citrus from Defendant as separately set forth

19    herein qualify for protection under the PACA trust statute.

20        3.     Defendant has failed to pay Cal Citrus for the PACA balance due as

21    described above, all of which remain past due, and the non-payment of which

22    constitutes a violation of PACA [7 U.S.C. §499e(c)].

23        4.     Defendant is and during all times relevant herein was an owner,

24    officer, director, member, or partner of SUN FRUIT DISTRIBUTING and was in a

25    position to jointly and severally control the PACA trust assets that are the subject

26    of the above-captioned lawsuit.

27

28

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

5.     Defendant is a statutory PACA trustee obligated to preserve the PACA trust assets for the benefit of Cal Citrus as PACA trust beneficiaries of Defendant and has breached his obligation as trustee by failing to preserve the PACA trust assets in a manner such that said assets are freely available to promptly pay the sums due to Plaintiff.

6.     The total amount due from Defendant to Plaintiff is $70,731.00; however, the Parties have reached a settlement whereby Plaintiff has agreed to accept and Defendant has agreed to pay $45,000.00 to fully satisfy the claims in this action.

7.     All admissions and stipulated facts set forth above are made for the purpose of facilitating settlement of the dispute between The Parties. Said admissions and stipulated facts are binding upon The Parties hereto for all purposes but may not be used or relied upon by any person not a party to this agreement for any purpose whatsoever.

8.     The Parties, for themselves and for no others, wish to avoid the further expense and uncertainty of litigation and therefore wish to fully resolve and compromise this dispute, and desire to enter into a Stipulation for Entry of Judgment whereby said Defendant shall pay to Plaintiff the compromised agreed to herein in the manner specified below.

## III.

## STIPULATION FOR ENTRY OF JUDGMENT

9.     Each of the above Stipulated Facts is hereby incorporated by this reference as though fully set forth herein.

10.     Defendant agrees to pay Plaintiff, and Plaintiff agrees to accept payment from said Defendant, the amounts set forth in paragraph 6, above, under the terms set forth herein, as payment in full of all monies owed by Defendant to

Cal Citrus arising from or in any way related to the produce purchases described above.

11.   Defendant may prepay the sums due hereunder without penalty.

12.   The balances due to Plaintiff as set forth above, shall be paid by Defendant in $1,000.00 payments comprised of an initial payment upon execution of this Stipulation, and quarterly payments of $1000.00 thereafter beginning January 1, 2007, and continuing thereafter on April 1, July 1, October 1 and each January 1, April 1, July 1, and October 1 thereafter through October 1, 2017.  In the event said payment due date is a holiday or weekend, payment is due the next business day.  Payments are due by 12:00 noon at Plaintiff's counsel's office, made payable to "Rynn & Janowsky, LLP Client Trust Account." Appended hereto and incorporated herein by this reference as **Exhibit 1** is an amortization schedule setting forth the amounts and due dates for all payments required under this Stipulation.

13.   As long as Defendant makes payments in the manner described above and does not default on the terms of this Stipulation, Plaintiff agrees to waive the balance of its claim as well as interest and attorney's fees during the repayment period.

14.   As further consideration for the Plaintiff to enter into this stipulation Defendant hereby agree to allow judgment to be entered against them in the event of default as described herein, in the form set forth in **Exhibit 2**, attached hereto and incorporated herein by this reference.   In the event judgment is entered, judgment shall be in an amount equal to the full principal sum due to Plaintiff as described in this Stipulation, $70,731.00, less any payments received by Plaintiff prior to entry of judgment plus accrued interest charges at 10% per annum from the date each obligation originally became due, plus charges, actual attorney's fees and costs and any and all other amounts allowed by this Stipulation.

15.    So long as each payment is timely made by Defendant in the manner required hereunder, Plaintiff shall take no steps to further prosecute this matter against Defendant and shall request that the above-captioned complaint be dismissed against Defendant, without prejudice, pending payment of the sums required under this Agreement, subject to reopening under the terms set forth herein for the purpose of interpreting and/or enforcing the terms of this Stipulation and entering and enforcing judgment in the event of default.

16.    In the event that Defendant fail to remit any payment when due hereunder, Plaintiff shall, upon three (3) calendar days advance notice to Defendant, be entitled to immediately enter and enforce the judgment provided for hereunder.  Defendant further agrees that entry of judgment may made on an *ex parte* basis based solely on this Stipulation for entry of judgment and the declaration(s) of Plaintiff and/or Plaintiff's attorney confirming that Defendant has defaulted on the payment terms of this Stipulation.  Notice requirements under this paragraph shall be deemed satisfied upon faxing written notice of delinquency of payment and Plaintiff's intent to enforce the judgment provided for hereunder to Defendant's attorney, John Pyung-Ku Lee, at fax no. (213) 487-1168.  In the event this fax number is not operational for any reason at the time Cal Citrus attempts to provide notice hereunder, the notice requirements of this paragraph shall be deemed satisfied.

17.    In addition to non-payment as described above, the occurrence of any one of the following events prior to payment of the sums due hereunder shall be deemed an event of default entitling Plaintiff to seek immediate enforcement of judgment without further notice to Defendant: (a) Defendant is named in a petition in bankruptcy, filed voluntarily or involuntarily, or otherwise seek the protection of the bankruptcy laws of any competent jurisdiction; or, (b) Defendant makes an assignment for the benefit of creditors; or, (c) Defendant is named in a civil lawsuit

1 filed by or on behalf of any party seeking to enforce PACA trust rights against

2 Defendant, or any action taken by any creditor seeking to enforce a security

3 agreement or taking any action which causes or has the effect of causing the

4 dissipation of any PACA trust asset to which Plaintiff claim a priority right or

5 interest; or (d) Defendant ceases business operations for any reason whatsoever.

6     18.    In the event Defendant remits payment in an amount less than the full

7 sums required hereunder, and Plaintiff elects to accept said partial payment, the

8 principal amount of judgment entered in favor of Plaintiff shall be reduced by the

9 amount so accepted. The Parties agree that acceptance of partial payment shall not

10 waive or in any way prejudice Plaintiff's rights to enforce judgment against

11 Defendant for the unpaid balance that would otherwise be due upon default as set

12 forth in this Stipulation, less any amounts so accepted.

13     19.    This Stipulation and Settlement was reached after Plaintiff Cal Citrus

14 brought an action to enforce its PACA Trust rights in the appropriate federal

15 district court. Accordingly, nothing in or by virtue of Plaintiff's Stipulation to

16 compromise its PACA claim should be deemed to prejudice, waive, defeat,

17 diminish or otherwise limit Plaintiff's rights under PACA, including, but not

18 limited to, Plaintiff's PACA Trust rights, and Plaintiff's ability to enforce said trust

19 rights against remaining Defendants not parties to this Stipulation.

20     20.    This Stipulation may be executed in counterparts, each of which shall

21 together be construed as a single original document. A fully executed copy of this

22 Stipulation, including facsimile signatures, may be used in lieu of the original for

23 all purposes.

24     21.    In the event any provision of this Stipulation is deemed to be invalid

25 or void by any court of competent jurisdiction, all other provisions contained

26 herein shall remain in full force and effect.

27

28

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

22.   This Stipulation shall be interpreted, and the rights and liabilities of the parties hereto determined, in accordance with the laws of the State of California.

23.   Defendant and Plaintiff acknowledge that by signing this Stipulation, they are giving up their right to a jury trial in connection with the allegations contained in the complaints filed herein and any subsequent complaints which may be filed by Plaintiff to enforce either this Stipulation or any other rights which are the subject of this Stipulation.

24.   The Parties, and each of them, acknowledge having had the opportunity to discuss this Stipulation with its or their own attorney, and that they have availed themselves of that opportunity to the extent they have desired to do so.

25.   In the event of Defendant's default as defined herein, Plaintiff shall be entitled to reimbursement of actual attorneys in connection with said default and in enforcing the terms of this stipulation and judgment entered hereon.  If any lawsuit or other legal action is brought as between or among any of the Parties hereto relating to, arising out of, or to enforce, any of the provisions of this Stipulation, the prevailing Party shall be entitled to collect its reasonable attorney's fees and costs incurred in connection therewith.

26.   All persons whose signatures appear below on behalf of a corporate or limited liability company party hereby represent and warrant that such persons have the authority to execute this Stipulation and Stipulation on behalf of the corporate party and that by doing so have bound the corporate party to the terms of this Stipulation.  Said persons also represent that additional steps necessary to so bind the corporation or limited liability company, such as a corporate resolution, shall be promptly taken.

SCANNED

27.   Each of the Parties hereto expressly represents and warrants that each party has made such investigation of the facts pertaining to this Stipulation, and all matters pertaining hereto as it deems necessary or desirable.

28.   Each of the Parties agrees that each of them is equally responsible for the drafting of this Stipulation and none of the Parties shall be deemed to be the drafter of this Stipulation.

29.   Upon entry of an order approving this Stipulation in its entirety without modifications, Plaintiff's action may be dismissed without prejudice pending repayment of the sums due hereunder, subject to reopening upon the terms and conditions set forth herein.

30.   The parties agree that the U.S. District Court for the Central District of California shall nevertheless retain exclusive jurisdiction over the parties and subject matter herein to reinstate said action in order to enforce or interpret the provisions of this Agreement and to enter and enforce judgment hereon.

31.   Within fourteen (14) days from the Parties' execution of this Agreement, Plaintiff shall send a letter to the PACA Branch in which its original reparation claim was filed, with a copy to Counsel for Defendant, notifying the PACA Branch that the PACA Reparation Complaint claim filed against Defendant Sun Fruit has been resolved and requesting that the PACA Branch close its file and to discontinue any related action by the PACA Branch against Defendant based on said complaint.


IT IS SO STIPULATED:


CAL CITRUS PACKING CO.


DATED: _12-29-06_          By: _____
                           Its: _____


06-108/Stipulation_for_Entry_of_Judgment__12_1_06_Revsd     8

LAW OFFICES OF
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

SCANNED

1

2

3

4

5   DATED: _12/13/06_          By: _____

6                                   ROBERT PARK aka ROBERT G.

7                                   PARK aka ROBERT CHUNGKOOK
                                    PARK aka CHUNG KOOK PARK

8                                   dba SUN FRUIT DISTRIBUTING

9   **APPROVED AS TO FORM AND CONTENT:**

10  DATED: _12/15/06_                **RYNN & JANOWSKY, LLP**

11

12

13                              By: _____

14                                   PATRICIA J. RYNN
                                     Attorneys for Plaintiff CAL CITRUS

15                                   PACKING.

16  DATED: _12/13/06_                **LAW OFFICES OF JOHN P. LEE**

17

18                              By: _____

19                                   JOHN PYUNG-KU LEE
                                     Attorneys for Defendant ROBERT

20                                   PARK aka ROBERT G. PARK aka

21                                   ROBERT CHUNGKOOK PARK aka

22                                   CHUNG KOOK PARK, an
                                     individual, doing business as SUN

23                                   FRUIT DISTRIBUTING

24

25

26

27

28

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

## ORDER

Having read the above Stipulation for entry of judgment and good cause appearing therefore,

IT IS HEREBY ORDERED that said Stipulation is approved in its entirety.

IT IS FURTHER ORDERED that the following Stipulated Findings of Fact are adopted by this Court:

1.     Between on or about March 18, 2004 and March 26, 2004, Cal Citrus sold and shipped to Defendant at Defendant's request, perishable agricultural commodities for agreed upon selling prices cumulatively totaling the amount of at least $70,731.00;

2.     Cal Citrus has taken all steps necessary to properly preserve its PACA Trust rights under 7 U.S.C. §499e(c) with respect to the sales transactions described above and all sums due Cal Citrus from Defendant as separately set forth herein qualify for protection under the PACA trust statute.

3.     Defendant has failed to pay Cal Citrus for the PACA balance due as described above, all of which remain past due, and the non-payment of which constitutes a violation of PACA [7 U.S.C. §499e(c)].

4.     Defendant is and during all times relevant herein was an owner, officer, director, member, or partner of SUN FRUIT DISTRIBUTING and was in a position to jointly and severally control the PACA trust assets that are the subject of the above-captioned lawsuit.

5.     Defendant is a statutory PACA trustee obligated to preserve the PACA trust assets for the benefit of Cal Citrus as PACA trust beneficiaries of Defendant and has breached his obligation as trustee by failing to preserve the PACA trust assets in a manner such that said assets are freely available to promptly pay the sums due to Plaintiff.

6.     The total amount due from Defendant to Plaintiff is $70,731.00; however, the Parties have reached a settlement whereby Plaintiff has agreed to accept and Defendant has agreed to pay $45,000.00 to fully satisfy the claims in this action.  So long as Defendant continues to make the payments as prescribed herein, the compromised amount of $45,000.00 will be effective and remain in force. Should Defendant default, however, the amount of the claim will revert to the original principal balance of $70,731.00, less any amounts paid, plus all accrued interest and attorneys' fees and costs as provided in the Stipulation.

IT IS FURTHER ORDERED that, by reason of Plaintiffs efforts to enforce its PACA trust rights in the manner prescribed by statute, the agreement by the parties to compromise and settle the claim on the terms hereby approved shall in no way abrogate or nullify the status of Plaintiff's claim as a perfected PACA Trust claim under 7 U.S.C. §499e(c), nor shall it in any way affect the validity or enforceability of Plaintiff's claim under the PACA Trust provisions of the statute in the event of Defendant's default.

IT IS FURTHER ORDERED that upon default as described in the foregoing stipulation, Plaintiff shall be entitled to immediate entry of judgment in the manner and under the conditions set forth in said Stipulation in a form set forth at Exhibit 2 attached hereto.  Judgment shall be in an amount equal to the full principal sum due to Plaintiff as described in this Stipulation, $70,731.00, less any payments received by Plaintiff prior to entry of judgment plus interest charges at 10% per annum from the date each obligation originally became due, actual attorney's fees and costs and any and all other amounts allowed by the Stipulation of the parties.

06-108/Stipulation_for_Entry_of_Judgment__12_1_06 Revsd.doc 11

1       IT IS FURTHER ORDERED that upon entry of this Order Plaintiff's

2   complaint shall be dismissed, without prejudice, subject to reopening in the manner

3   set forth in the Stipulation for the purposes of interpreting and/or enforcing the

4   terms of this Stipulation and entering and enforcing judgment as contemplated

5   herein.

6

7       IT IS FURTHER ORDERED that this Court shall retain exclusive personal

8   and subject matter jurisdiction over this complaint for the purpose of enforcing the

9   terms of this stipulation and entering and enforcing judgment entered thereon all

10  purposes.

11      SO ORDERED.

12

13

14  DATED: _January 18, 2007_

15

16            HON. PERCY ANDERSON
              JUDGE, U.S. DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

06-108/Stipulation_for_Entry_of_Judgment__12_1_06 Revsd.doc 12

SCANNED



Case 2:06-cv-03007-PA-RZ   Document 18   Filed 02/28/08   Page 21 of 43   Page ID #:128
Case 2:06-cv-03007-PA-    Document 14   Filed 01/18/20   Page 14 of 18
01/17/20    9:55:08 AM  Page 1

Cal-Citrus Packing Co. v. Sun Fruit Distributing

Rate Period ................... : Quarterly

Nominal Annual Rate .... : 0.000 %
Daily Rate ..................... : 0.00000 %

CASH FLOW DATA

| Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|
| 1 Loan | 01/01/2007 | 45,000.00 | 1 | | |
| 2 Payment | 01/01/2007 | 1,000.00 | 1 | | |
| 3 Payment | 01/01/2007 | 1,000.00 | 44 | Quarterly | 10/01/2017 |

AMORTIZATION SCHEDULE - U.S. Rule (no compounding)

| Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|
| Loan  01/01/2007 | | | | 45,000.00 |
| 1  01/01/2007 | 1,000.00 | 0.00 | 1,000.00 | 44,000.00 |
| 2  01/01/2007 | 1,000.00 | 0.00 | 1,000.00 | 43,000.00 |
| 3  04/01/2007 | 1,000.00 | 0.00 | 1,000.00 | 42,000.00 |
| 4  07/01/2007 | 1,000.00 | 0.00 | 1,000.00 | 41,000.00 |
| 5  10/01/2007 | 1,000.00 | 0.00 | 1,000.00 | 40,000.00 |
| 2007 Totals | 5,000.00 | 0.00 | 5,000.00 | |
| 6  01/01/2008 | 1,000.00 | 0.00 | 1,000.00 | 39,000.00 |
| 7  04/01/2008 | 1,000.00 | 0.00 | 1,000.00 | 38,000.00 |
| 8  07/01/2008 | 1,000.00 | 0.00 | 1,000.00 | 37,000.00 |
| 9  10/01/2008 | 1,000.00 | 0.00 | 1,000.00 | 36,000.00 |
| 2008 Totals | 4,000.00 | 0.00 | 4,000.00 | |
| 10  01/01/2009 | 1,000.00 | 0.00 | 1,000.00 | 35,000.00 |
| 11  04/01/2009 | 1,000.00 | 0.00 | 1,000.00 | 34,000.00 |
| 12  07/01/2009 | 1,000.00 | 0.00 | 1,000.00 | 33,000.00 |
| 13  10/01/2009 | 1,000.00 | 0.00 | 1,000.00 | 32,000.00 |
| 2009 Totals | 4,000.00 | 0.00 | 4,000.00 | |
| 14  01/01/2010 | 1,000.00 | 0.00 | 1,000.00 | 31,000.00 |
| 15  04/01/2010 | 1,000.00 | 0.00 | 1,000.00 | 30,000.00 |
| 16  07/01/2010 | 1,000.00 | 0.00 | 1,000.00 | 29,000.00 |
| 17  10/01/2010 | 1,000.00 | 0.00 | 1,000.00 | 28,000.00 |
| 2010 Totals | 4,000.00 | 0:00 | 4,000.00 | |
| 18  01/01/2011 | 1,000.00 | 0.00 | 1,000.00 | 27,000.00 |
| 19  04/01/2011 | 1,000.00 | 0.00 | 1,000.00 | 26,000.00 |
| 20  07/01/2011 | 1,000.00 | 0.00 | 1,000.00 | 25,000.00 |
| 21  10/01/2011 | 1,000.00 | 0.00 | 1,000.00 | 24,000.00 |
| 2011 Totals | 4,000.00 | 0.00 | 4,000.00 | |
| 22  01/01/2012 | 1,000.00 | 0.00 | 1,000.00 | 23,000.00 |
| 23  04/01/2012 | 1,000.00 | 0.00 | 1,000.00 | 22,000.00 |

**EXHIBIT 1**

Case 2:06-cv-03007-PA-RZ   Document 18   Filed 02/28/08   Page 22 of 43   Page ID #:129
Case 2:06-cv-03007-PA-   Document 14   Filed 01/18/20   Page 15 of 18
01/17/20   9:55:08 AM  Page 2

Cal-Citrus Packing Co. v. Sun Fruit Distributing

| Date | Payment | Interest | Principal | Balance |
|------|---------|----------|-----------|---------|
| 24  07/01/2012 | 1,000.00 | 0.00 | 1,000.00 | 21,000.00 |
| 25  10/01/2012 | 1,000.00 | 0.00 | 1,000.00 | 20,000.00 |
| 2012 Totals | 4,000.00 | 0.00 | 4,000.00 | |
| 26  01/01/2013 | 1,000.00 | 0.00 | 1,000.00 | 19,000.00 |
| 27  04/01/2013 | 1,000.00 | 0.00 | 1,000.00 | 18,000.00 |
| 28  07/01/2013 | 1,000.00 | 0.00 | 1,000.00 | 17,000.00 |
| 29  10/01/2013 | 1,000.00 | 0.00 | 1,000.00 | 16,000.00 |
| 2013 Totals | 4,000.00 | 0.00 | 4,000.00 | |
| 30  01/01/2014 | 1,000.00 | 0.00 | 1,000.00 | 15,000.00 |
| 31  04/01/2014 | 1,000.00 | 0.00 | 1,000.00 | 14,000.00 |
| 32  07/01/2014 | 1,000.00 | 0.00 | 1,000.00 | 13,000.00 |
| 33  10/01/2014 | 1,000.00 | 0.00 | 1,000.00 | 12,000.00 |
| 2014 Totals | 4,000.00 | 0.00 | 4,000.00 | |
| 34  01/01/2015 | 1,000.00 | 0.00 | 1,000.00 | 11,000.00 |
| 35  04/01/2015 | 1,000.00 | 0.00 | 1,000.00 | 10,000.00 |
| 36  07/01/2015 | 1,000.00 | 0.00 | 1,000.00 | 9,000.00 |
| 37  10/01/2015 | 1,000.00 | 0.00 | 1,000.00 | 8,000.00 |
| 2015 Totals | 4,000.00 | 0.00 | 4,000.00 | |
| 38  01/01/2016 | 1,000.00 | 0.00 | 1,000.00 | 7,000.00 |
| 39  04/01/2016 | 1,000.00 | 0.00 | 1,000.00 | 6,000.00 |
| 40  07/01/2016 | 1,000.00 | 0.00 | 1,000.00 | 5,000.00 |
| 41  10/01/2016 | 1,000.00 | 0.00 | 1,000.00 | 4,000.00 |
| 2016 Totals | 4,000.00 | 0.00 | 4,000.00 | |
| 42  01/01/2017 | 1,000.00 | 0.00 | 1,000.00 | 3,000.00 |
| 43  04/01/2017 | 1,000.00 | 0.00 | 1,000.00 | 2,000.00 |
| 44  07/01/2017 | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 |
| 45  10/01/2017 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| 2017 Totals | 4,000.00 | 0.00 | 4,000.00 | |
| Grand Totals | 45,000.00 | 0.00 | 45,000.00 | |

SCANNED

SCANNED

Qwik-Tab

PRINTED WITH
SOY INK

EXHIBIT 2

-23-

1  PATRICIA J. RYNN, State Bar No. 092048
2  LOIS RUBIN, State Bar No. 092889
3  RYNN & JANOWSKY, LLP
4  4100 Newport Place Drive, Suite 700
   Newport Beach, CA 92660-2423
5  Telephone: (949) 752-2911
   Facsimile: (949) 752-0953
6
7  Attorneys for Plaintiff
   CAL CITRUS PACKING CO.
8
9             IN THE UNITED STATES DISTRICT COURT
10            FOR THE CENTRAL DISTRICT OF CALIFORNIA
11  CAL CITRUS PACKING CO., a          CASE NO.  CV-06-3007 PA (RZx)
12  corporation,
                                       [PROPOSED] JUDGMENT
13                 Plaintiff,          AGAINST DEFENDANT
                                       PURSUANT TO STIPULATION
14        v.
15
16  ROBERT PARK aka ROBERT G.
17  PARK aka ROBERT CHUNGKOOK
    PARK aka CHUNG KOOK PARK, an
18  individual, doing business as SUN
    FRUIT DISTRIBUTING,
19
20                 Defendant.
21

22        Having read and considered the Parties' Stipulation For Entry of Judgment
23  Against Defendants; Order Thereon and all supporting pleadings and exhibits
24  submitted therewith and other pleadings and exhibits already on file with this
25  court, and good cause appearing therefore,
26        JUDGMENT IS HEREBY ENTERED in favor of CAL CITRUS PACKING
27  CO. and against Defendant ROBERT PARK aka ROBERT G. PARK aka
28

**EXHIBIT 2**

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

1  ROBERT CHUNGKOOK PARK aka CHUNG KOOK PARK, dba SUN FRUIT

2  DISTRIBUTING, in the total amount of $_____ (itemized as $70,731.00 in

3  principal, less payments received, plus interest at 10% per annum from the date

4  each obligation became due through the date of _____, plus

5  $_____ in actual attorney's fees and costs in connection with

6  Defendant's default and in enforcing the terms of the Stipulation and Judgment

7  through the date of _____, and all of which qualifies for trust protection

8  under the trust provisions of Perishable Agricultural Commodities Act ("PACA")

9  [7 U.S.C. §499e, et seq.].

10       Plaintiff is further entitled to receive post-judgment interest at the rate of

11  10% per annum on all sums due under this judgment in until fully paid.

12       The Clerk shall enter judgment forthwith.

13

14

15

16  DATED:_____

17                                         HON. PERCY ANDERSON
                                           JUDGE, U.S. DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28



Newport Beach Office

**RYNN & JANOWSKY, LLP**

PATRICIA J. RYNN
Pat@rjlaw.com
Fax: (949) 225-4761

4100 Newport Place Drive, Suite 700
Newport Beach, California 92660
Telephone 949.752.2911
Facsimile 949.752.0953
www.rjlaw.com

<u>Via Facsimile and U.S. Mail</u>

January 3, 2008

Mr. John Pyung-Ku Lee
Law Offices of John P. Lee
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010

Re:   *Cal- Citrus Packing Co. v. Robert G. Park dba SunFruit Distributing Co.*
      **USDA – PACA Docket No. RD-05-090**

Dear John:

This letter is the Notice of Delinquency pursuant to paragraph 16 of the Settlement Agreement and Stipulation For Entry of Judgment entered into between Robert G. Park, d/b/a Sun Fruit Distributing Co. and Cal-Citrus Packing Co. You will recall that Mr. Park's $1,000.00 payment was due to be received in my office by noon on Tuesday, January 1, 2008. That payment has not been received.

As you know, in order to avoid enforcement of judgment as provided for in the stipulation, your client will have three (3) calendar days from the date of this letter to cure the delinquency by remitting the $1,000.00 payment. *See*, paragraph 16 of the Stipulation. Based on the today's date, your cure payment must be received in my office not later than Monday, January 7, 2007.

Thank you for your prompt attention to this matter. Please call with any questions.

Very truly yours,

RYNN & JANOWSKY, LLP

PATRICIA J. RYNN

PJR/tjd
cc:   Cal-Citrus, via fax
06-108/ Lee.1.3.08.doc

# EXHIBIT 2

Newport Beach, California   ▪   Oakland, California   ▪   Naples, Florida

*LAW OFFICES*
# RYNN & JANOWSKY
## 4100 Newport Place Drive, Suite 700
## Newport Beach, California 92660
## Telephone (949) 752-2911
## FAX (949) 752-0953

## FAX COVER PAGE

| FAX NUMBER: | (213) 487-1168 | DATE: | JANUARY 3, 2008 |
|---|---|---|---|
| TO: | John Lee | COMPANY: | LAW OFFICES OF JOHN P. LEE |
| FROM: | PATRICIA RYNN | TOTAL PAGES: | 2 |
| CLIENT: | CAL-CITRUS | CLIENT NO.: | 06-108 |

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

*Please see attached correspondence of this date.*

*If you do not receive all pages or have any questions regarding this facsimile, please call (949) 752-2911*

/jmfax

*LAW OFFICES*
# RYNN & JANOWSKY
## 4100 Newport Place Drive, Suite 700
## Newport Beach, California 92660
## Telephone (949) 752-2911
## FAX (949) 752-0953

## FAX COVER PAGE

| FAX NUMBER: | 559 562-4477 | DATE: | JANUARY 3, 2008 |
|---|---|---|---|
| TO: | Roy Bell | COMPANY: | CAL CITRUS PACKING CO. |
| FROM: | PAT RYNN | TOTAL PAGES: | 2 |
| CLIENT: | CAL CITRUS PACKING CO. | CLIENT NO.: | 06-108 |

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

*Please see attached correspondence of this date.*

*If you do not receive all pages or have any questions regarding this facsimile, please call (949) 752-2911*

/jmfax

✻ ✻ ✻ Communication Result Report ( Jan. 3. 2008  6:18PM ) ✻ ✻ ✻

1) Rynn & Janowsky
2) Rynn & Janowsky

Date/Time: Jan. 3. 2008  6:17PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 0560 | Memory TX Office | 12134871168 | P.  2 | OK | |

---

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size

E. 2) Busy
E. 4) No facsimile connection

*LAW OFFICES*
**RYNN & JANOWSKY**
**4100 Newport Place Drive, Suite 700**
**Newport Beach, California 92660**
**Telephone (949) 752-2911**
**FAX (949) 752-0953**

**FAX COVER PAGE**

| FAX NUMBER: | (213) 487-1168 | DATE: | JANUARY 3, 2008 |
|-------------|----------------|-------|------------------|
| TO: | John Lee | COMPANY: | LAW OFFICES OF JOHN P. LEE |
| FROM: | PATRICIA RYNN | TOTAL PAGES: | 2 |
| CLIENT: | CAL-CITRUS | CLIENT No.: | 06-108 |

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

*Please see attached correspondence of this date.*

*If you do not receive all pages or have any questions regarding this facsimile,*
*please call (949) 752-2911*

fjmfax

P. 1

\* \* \* Communication Result Report ( Jan. 3. 2008  6:19PM ) \* \* \*

1) Rynn & Janowsky
2) Rynn & Janowsky

Date/Time: Jan. 3. 2008  6:17PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0561 | Memory TX Office | 15595624477 | P.  2 | OK | |

--------------------------------------------------------------------------------

Reason for error
E. 1) Hang up or line fail                E. 2) Busy
E. 3) No answer                           E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

*LAW OFFICES*
**RYNN & JANOWSKY**
**4100 Newport Place Drive, Suite 700**
**Newport Beach, California 92660**
**Telephone (949) 752-2911**
**FAX (949) 752-0953**

**FAX COVER PAGE**

| FAX NUMBER: | 559 562-4477 | DATE: | JANUARY 3, 2008 |
|---|---|---|---|
| TO: | Ray Bell | COMPANY: | CAL CITRUS PACKING CO. |
| FROM: | PAT RYNN | TOTAL PAGES: | 2 |
| CLIENT: | CAL CITRUS PACKING CO. | CLIENT NO.: | 06-105 |

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

*Please see attached correspondence of this date.*

*If you do not receive all pages or have any questions regarding this facsimile, please call (949) 752-2911*

*ljn:lisx*



# INVOICE
# 1220

## Cal Citrus Packing Company

111 N. Mount Vernon Avenue
Lindsay, CA 93247
www.calcitruspacking.com

| Order No. : 1186-001 |
| Inv. Date : 03/23/2004 |
| Terms : NET 10 DAYS |
| Reference : N40400 |
| Broker # : |
| Ship Date : 03/18/2004 |
| Delivery : 03/19/2004 |
| Ship Point: Our Plant |
| Manifest #: |
| Booking # : |
| Cont. Code: |
| Ship To PO: |
| Truck Lic.: |
| Cust. PO : |



**SOLD TO:** SUNFRUIT DISTRIBUTING CO.
550 S. GRAMERCY PL. #411
LOS ANGELES, CA 90020

**SHIP TO:** JEIL TRADING CO.

KOREA

| Quantity | Description | Fruit Size | Unit Price | Purchase Price |
|---|---|---|---|---|
| 150.00 | NAVEL EURO CARTON CAL FANCY | 56 | 11.60 | 1,740.00 |
| 541.00 | NAVEL CARTON SEABISCUIT | 72 | 12.50 | 6,762.50 |
| 324.00 | NAVEL CARTON SEABISCUIT | 88 | 11.50 | 3,726.00 |
| | Miscellaneous Charges: | | | |
| 1015.00 | PALLETS | | .25 | 253.75 |
| 1.00 | PHYTO | | 30.00 | 30.00 |
| 1.00 | TEMP RECORDER | | 36.00 | 36.00 |

| | |
|---|---|
| Fruit Totals | 12,228.50 |
| Misc. Charges | 319.75 |
| Total Due | 12,548.25 |

*Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act 1930 (7 U.S.C.499(e)(c)). The seller of these commodities, retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



EXHIBIT 3

      

# INVOICE
# 1222

*Cal Citrus Packing Company*

111 N. Mount Vernon Avenue
Lindsay, CA 93247

www.calcitruspacking.com

| | |
|---|---|
| Order No. | : 1184-001 |
| Inv. Date | : 03/22/2004 |
| Terms | : NET 10 DAYS |
| Reference | : N40338 |
| Broker # | : |
| Ship Date | : 03/18/2004 |
| Delivery | : 03/18/2004 |
| Ship Point: Our Plant |
| Manifest #: 0000001702 |
| Booking # : |
| Cont. Code: |
| Ship To PO: |
| Truck Lic.: |
| Cust. PO : |

 SUNFRUIT DISTRIBUTING CO.
550 S. GRAMERCY PL. #411
LOS ANGELES, CA  90020

 JEIL TRADING CO.

KOREA

| Quantity | Description | Fruit Size | Unit Price | Purchase Price |
|---|---|---|---|---|
| 54.00 | NAVEL CARTON SEABISCUIT | 113 | 10.50 | 567.00 |
| 250.00 | NAVEL EURO CARTON CAL FANCY | 56 | 11.60 | 2,900.00 |
| 540.00 | NAVEL CARTON SEABISCUIT | 72 | 12.50 | 6,750.00 |
| 54.00 | NAVEL CARTON SEABISCUIT | 88 | 11.50 | 621.00 |
| | Miscellaneous Charges: | | | |
| 979.00 | PALLETS | | .25 | 244.75 |
| 1.00 | PHYTO | | 30.00 | 30.00 |
| 1.00 | TEMP RECORDER | | 36.00 | 36.00 |

| | |
|---|---|
| Fruit Totals | 10,838.00 |
| Misc. Charges | 310.75 |
| Total Due | 11,148.75 |

*Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act 1930 (7 U.S.C.499(e(c)). The seller of these commodities, retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and anyreceivables or proceeds from the sale of these commodities until full payment is received.

      

# INVOICE
## 1221

## Cal Citrus Packing Company

111 N. Mount Vernon Avenue
Lindsay, CA 93247

www.calcitruspacking.com

| | |
|---|---|
| Order No. : | 1185-001 |
| Inv. Date : | 03/22/2004 |
| Terms : | NET 10 DAYS |
| Reference : | #40399 |
| Broker # : | |
| Ship Date : | 03/18/2004 |
| Delivery : | 03/18/2004 |
| Ship Point: | Our Plant |
| Manifest #: | 0000001692 |
| Booking # : | |
| Cont. Code: | |
| Ship To PO: | |
| Truck Lic.: | |
| Cust. PO : | |

 SUNFRUIT DISTRIBUTING CO.
550 S. GRAMERCY PL. #411
LOS ANGELES, CA  90020

JEIL TRADING CO.

KOREA

| Quantity | Description | Fruit Size | Unit Price | Purchase Price |
|---|---|---|---|---|
| 540.00 | NAVEL CARTON SEABISCUIT | 72 | 12.50 | 6,750.00 |
| 108.00 | NAVEL CARTON SEABISCUIT | 113 | 10.50 | 1,134.00 |
| 100.00 | NAVEL EURO CARTON CAL FANCY | 56 | 11.60 | 1,160.00 |
| 216.00 | NAVEL CARTON SEABISCUIT | 88 | 11.50 | 2,484.00 |
| | Miscellaneous Charges: | | | |
| 964.00 | PALLETS | | .25 | 241.00 |
| 1.00 | PHYTO | | 30.00 | 30.00 |
| 1.00 | TEMP RECORDER | | 36.00 | 36.00 |

| | |
|---|---|
| Fruit Totals | 11,528.00 |
| Misc. Charges | 307.00 |
| Total Due | 11,835.00 |

*Thank You*

The perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act 1930 (7 U.S.C.499(c)(c)). The seller of these commodities, retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

      

# INVOICE
## 1241

*Cal Citrus Packing Company*

111 N. Mount Vernon Avenue
Lindsay, CA 93247

www.calcitruspacking.com

| | |
|---|---|
| Order No. | : 1187-001 |
| Inv. Date | : 03/23/2004 |
| Terms | : NET 10 DAYS |
| Reference | : N40401 |
| Broker # | : |
| Ship Date | : 03/19/2004 |
| Delivery | : 03/22/2004 |
| Ship Point: | Our Plant |
| Manifest #: | |
| Booking # | : |
| Cont. Code: | |
| Ship To PO: | |
| Truck Lic.: | |
| Cust. PO | : |



**SOLD TO**
SUNFRUIT DISTRIBUTING CO.
550 S. GRAMERCY PL. #411
LOS ANGELES, CA 90020

**SHIP TO**
C.K. TRADING CO., LTD.
BUSAN
KOREA

| Quantity | Description | Fruit Size | Unit Price | Purchase Price |
|---|---|---|---|---|
| 108.00 | NAVEL CARTON PORTOKALI | 113 | 10.50 | 1,134.00 |
| 100.00 | NAVEL EURO CARTON CAL FANCY | 56 | 11.60 | 1,160.00 |
| 500.00 | NAVEL EURO CARTON CAL FANCY | 72 | 13.10 | 6,550.00 |
| 270.00 | NAVEL CARTON PORTOKALI | 88 | 11.50 | 3,105.00 |
| | Miscellaneous Charges: | | | |
| 1.00 | OVERNIGHT MAIL | | 23.00 | 23.00 |
| 978.00 | PALLETS | | .25 | 244.50 |
| 1.00 | PHYTO | | 30.00 | 30.00 |
| 1.00 | TEMP RECORDER | | 36.00 | 36.00 |

| | |
|---|---|
| Fruit Totals | 11,949.00 |
| Misc. Charges | 333.50 |
| Total Due | 12,282.50 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act 1930 (7 U.S.C.499(e)(c)). The seller of these commodities, retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

*Thank You*

P.13     559-562-0980     ( LORI )     Nov 22 04 10:16a



# INVOICE
# 1219

## Cal Citrus Packing Company

111 N. Mount Vernon Avenue
Lindsay, CA 93247
www.calcitruspacking.com

| Order No. | : 1189-001 |
|---|---|
| Inv. Date | : 03/22/2004 |
| Terms | : NET 10 DAYS |
| Reference | : N40403 |
| Broker # | : |
| Ship Date | : 03/20/2004 |
| Delivery | : 03/22/2004 |
| Ship Point | : Our Plant |
| Manifest #: | |
| Booking # | : |
| Cont. Code: | |
| Ship To PO: | |
| Truck Lic.: | |
| Cust. PO | : |

**SOLD TO:** 
SUNFRUIT DISTRIBUTING CO.
550 S. GRAMERCY PL. #411
LOS ANGELES, CA  90020

**SHIP TO:**
C.K. TRADING CO., LTD.
BUSAN
KOREA

| Quantity | Description | Fruit Size | Unit Price | Purchase Price |
|---|---|---|---|---|
| 85.00 | NAVEL CARTON PORTOKALI | 113 | 10.50 | 892.50 |
| 50.00 | NAVEL EURO CARTON CAL FANCY | 56 | 11.60 | 580.00 |
| 500.00 | NAVEL EURO CARTON CAL FANCY | 72 | 13.10 | 6,550.00 |
| 347.00 | NAVEL CARTON PORTOKALI | 88 | 11.50 | 3,990.50 |
| | Miscellaneous Charges: | | | |
| 982.00 | PALLETS | | .25 | 245.50 |
| 1.00 | PHYTO | | 30.00 | 30.00 |
| 1.00 | TEMP RECORDER | | 36.00 | 36.00 |

| | |
|---|---|
| Fruit Totals | 12,013.00 |
| Misc. Charges | 311.50 |
| Total Due | 12,324.50 |

*Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act 1930 (7 U.S.C.499(e)c). The seller of these commodities, retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

P.21    562-0980   **EXHIBIT NO. B**   LORI   Nov 22 04 10:16a

      

# INVOICE
# 1240

## Cal Citrus Packing Company

111 N. Mount Vernon Avenue
Lindsay, CA 93247

www.calcitruspacking.com

| | |
|---|---|
| Order No. : 1188-001 |
| Inv. Date : 03/23/2004 |
| Terms : NET 10 DAYS |
| Reference : N40402 |
| Broker # : |
| Ship Date : 03/22/2004 |
| Delivery : 03/22/2004 |
| Ship Point: Our Plant |
| Manifest #: |
| Booking # : |
| Cont. Code: |
| Ship To PO: |
| Truck Lic.: |
| Cust. PO : |



**SOLD TO:**
SUNFRUIT DISTRIBUTING CO.
550 S. GRAMERCY PL. #411
LOS ANGELES, CA 90020

**SHIP TO:**
C.K. TRADING CO., LTD.
BUSAN
KOREA

| Quantity | Description | Fruit Size | Unit Price | Purchase Price |
|---|---|---|---|---|
| 270.00 | NAVEL CARTON PORTOKALI | 88 | 11.50 | 3,105.00 |
| 108.00 | NAVEL CARTON PORTOKALI | 113 | 10.50 | 1,134.00 |
| 100.00 | NAVEL EURO CARTON CAL FANCY | 56 | 11.60 | 1,160.00 |
| 500.00 | NAVEL EURO CARTON CAL FANCY | 72 | 13.10 | 6,550.00 |
| | Miscellaneous Charges: | | | |
| 978.00 | PALLETS | | .25 | 244.50 |
| 1.00 | PHYTO | | 30.00 | 30.00 |
| 1.00 | TEMP RECORDER | | 36.00 | 36.00 |

| | |
|---|---|
| **Fruit Totals** | 11,949.00 |
| **Misc. Charges** | 310.50 |
| **Total Due** | 12,259.50 |

*Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act 1930 (7 U.S.C.499(e)(c)). The seller of these commodities, retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

559-562-0980    P.16    Nov 22 04 10:15a



# INVOICE
## 1317

## *Cal Citrus Packing Company*

111 N. Mount Vernon Avenue
Lindsay, CA 93247

www.calcitruspacking.com

| | | |
|---|---|---|
| Order No. | : | 1265-001 |
| Inv. Date | : | 03/29/2004 |
| Terms | : | NET 10 DAYS |
| Reference | : | M40457 |
| Broker # | : | |
| Ship Date | : | 03/25/2004 |
| Delivery | : | 03/26/2004 |
| Ship Point | : | Our Plant |
| Manifest # | : | 0000001842 |
| Booking # | : | |
| Cont. Code | : | |
| Ship To PO | : | |
| Truck Lic. | : | |
| Cust. PO | : | |

 SUNFRUIT DISTRIBUTING CO.
550 S. GRAMERCY PL. #411
LOS ANGELES, CA 90020

JEIL TRADING CO.

KOREA

| Quantity | Description | Fruit Size | Unit Price | Purchase Price |
|---|---|---|---|---|
| 108.00 | NAVEL CARTON SEABISCUIT | 113 | 10.50 | 1,134.00 |
| 100.00 | NAVEL EURO CARTON CAL FANCY | 56 | 11.60 | 1,160.00 |
| 486.00 | NAVEL CARTON SEABISCUIT | 72 | 12.50 | 6,075.00 |
| 324.00 | NAVEL CARTON SEABISCUIT | 88 | 11.50 | 3,726.00 |
| | Miscellaneous Charges: | | | |
| 1018.00 | PALLETS | | .25 | 254.50 |
| 1.00 | PHYTO | | 30.00 | 30.00 |
| 1.00 | TEMP RECORDER | | 36.00 | 36.00 |

| | |
|---|---|
| Fruit Totals | 12,095.00 |
| Misc. Charges | 320.50 |
| Total Due | 12,415.50 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act 1930 (7 U.S.C.499(e)(c)). The seller of these commodities, retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

*Thank You*

P.13          559-562-0980          LC          Nov 22 04 10:14a

      

# INVOICE
## 1301

## *Cal Citrus Packing Company*

111 N. Mount Vernon Avenue
Lindsay, CA 93247

www.calcitruspacking.com

| | |
|---|---|
| Order No. | : 1266-001 |
| Inv. Date | : 03/27/2004 |
| Terms | : NET 10 DAYS |
| Reference | : M40458 |
| Broker # | : |
| Ship Date | : 03/26/2004 |
| Delivery | : 03/26/2004 |
| Ship Point | : Our Plant |
| Manifest #: | |
| Booking # | : |
| Cont. Codes | |
| Ship To PO: | |
| Truck Lic. | : |
| Cust. PO | : |



**SOLD TO:**
SUNFRUIT DISTRIBUTING CO.
550 S. GRAMERCY PL. #411
LOS ANGELES, CA 90020

**SHIP TO:**
JEIL TRADING CO.

KOREA

| Quantity | Description | Fruit Size | Unit Price | Purchase Price |
|---|---|---|---|---|
| 108.00 | NAVEL CARTON SEABISCUIT | 113 | 10.50 | 1,134.00 |
| 100.00 | NAVEL EURO CARTON CAL FANCY | 56 | 11.60 | 1,160.00 |
| 432.00 | NAVEL CARTON SEABISCUIT | 72 | 12.50 | 5,400.00 |
| 378.00 | NAVEL CARTON SEABISCUIT | 88 | 11.50 | 4,347.00 |
| | Miscellaneous Charges: | | | |
| 1018.00 | PALLETS | | .25 | 254.50 |
| 1.00 | PHYTO | | 30.00 | 30.00 |
| 1.00 | TEMP RECORDER | | 36.00 | 36.00 |

| | |
|---|---|
| Fruit Totals | 12,041.00 |
| Misc. Charges | 320.50 |
| Total Due | 12,361.50 |

*Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act 1930 (7 U.S.C.499(e)(c)]. The seller of these commodities, retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

P·8          0860-ZSS-6                    IꓘOꓶ    ᴇᴇ⚊:0ᴵ  ⇂0  ⟹⟹  ∧ON

     

# INVOICE
## 1302

## Cal Citrus Packing Company

111 N. Mount Vernon Avenue
Lindsay, CA 93247

www.calcitruspacking.com

| | |
|---|---|
| Order No. : 1267-001 |
| Inv. Date : 03/27/2004 |
| Terms : NET 10 DAYS |
| Reference : N40459 |
| Broker # : |
| Ship Date : 03/26/2004 |
| Delivery : 03/26/2004 |
| Ship Point: Our Plant |
| Manifest #: |
| Booking # : |
| Cont. Code: |
| Ship To PO: |
| Truck Lic.: |
| Cust. PO : |



**SOLD TO:**
SUNFRUIT DISTRIBUTING CO.
550 S. GRAMERCY PL. #411
LOS ANGELES, CA 90020

**SHIP TO:**
JEIL TRADING CO.

KOREA

| Quantity | Description | Fruit Size | Unit Price | Purchase Price |
|---|---|---|---|---|
| 54.00 | NAVEL CARTON SEABISCUIT | 113 | 10.50 | 567.00 |
| 100.00 | NAVEL EURO CARTON CAL FANCY | 56 | 11.60 | 1,160.00 |
| 432.00 | NAVEL CARTON SEABISCUIT | 72 | 12.50 | 5,400.00 |
| 432.00 | NAVEL CARTON SEABISCUIT | 88 | 11.50 | 4,968.00 |
| | Miscellaneous Charges: | | | |
| 1.00 | OVERNIGHT MAIL | | 23.00 | 23.00 |
| 1018.00 | PALLETS | | .25 | 254.50 |
| 1.00 | PHYTO | | 30.00 | 30.00 |
| 1.00 | TEMP RECORDER | | 36.00 | 36.00 |

| | |
|---|---|
| Fruit Totals | 12,095.00 |
| Misc. Charges | 343.50 |
| Total Due | 12,438.50 |

*Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perishable Agricultural Commodities Act 1930 (7 U.S.C.499(e)(c)). The seller of these commodities, retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

P.10          -562-0980          Nov 22 04 10:14a

Cal-Citrus Packing Co. v. Sun Fruit Distributing

Rate Period .................. : Annual

Nominal Annual Rate .... : 10.000 %
Daily Rate .................... : 0.02740 %

## CASH FLOW DATA

|    | Event   | Date       | Amount    | Number | Period | End Date |
|----|---------|------------|-----------|--------|--------|----------|
| 1  | Loan    | 03/29/2004 | 8,931.50  | 1      |        |          |
| 2  | Loan    | 03/30/2004 | 12,324.50 | 1      |        |          |
| 3  | Loan    | 04/01/2004 | 12,259.50 | 1      |        |          |
| 4  | Loan    | 04/04/2004 | 12,415.50 | 1      |        |          |
| 5  | Loan    | 04/05/2004 | 12,438.50 | 1      |        |          |
| 6  | Loan    | 04/05/2004 | 12,361.50 | 1      |        |          |
| 7  | Payment | 01/01/2007 | 1,000.00  | 1      |        |          |
| 8  | Payment | 01/01/2007 | 1,000.00  | 1      |        |          |
| 9  | Payment | 04/01/2007 | 1,000.00  | 1      |        |          |
| 10 | Payment | 07/01/2007 | 1,000.00  | 1      |        |          |
| 11 | Payment | 10/01/2007 | 1,000.00  | 1      |        |          |
| 12 | Payment | 02/28/2008 | 93,380.00 | 1      |        |          |

## AMORTIZATION SCHEDULE - U.S. Rule (no compounding)

|      | Date       | Loan      | Payment   | Interest Accrued | Interest Paid | Principal Paid | Balance Due Interest | Principal | Total     |
|------|------------|-----------|-----------|------------------|---------------|----------------|----------------------|-----------|-----------|
| Loan | 03/29/2004 | 8,931.50  |           | 0.00             | 0.00          | 0.00           | 0.00                 | 8,931.50  | 8,931.50  |
| Loan | 03/30/2004 | 12,324.50 |           | 2.45             | 0.00          | 0.00           | 2.45                 | 21,256.00 | 21,258.45 |
| Loan | 04/01/2004 | 12,259.50 |           | 11.65            | 0.00          | 0.00           | 14.10                | 33,515.50 | 33,529.60 |
| Loan | 04/04/2004 | 12,415.50 |           | 27.55            | 0.00          | 0.00           | 41.65                | 45,931.00 | 45,972.65 |
| Loan | 04/05/2004 | 12,438.50 |           | 12.58            | 0.00          | 0.00           | 54.23                | 58,369.50 | 58,423.73 |
| Loan | 04/05/2004 | 12,361.50 |           | 0.00             | 0.00          | 0.00           | 54.23                | 70,731.00 | 70,785.23 |
| 1    | 01/01/2007 |           | 1,000.00  | 19,397.73        | 1,000.00      | 0.00           | 18,451.96            | 70,731.00 | 89,182.96 |
| 2    | 01/01/2007 |           | 1,000.00  | 0.00             | 1,000.00      | 0.00           | 17,451.96            | 70,731.00 | 88,182.96 |
| 3    | 04/01/2007 |           | 1,000.00  | 1,744.05         | 1,000.00      | 0.00           | 18,196.01            | 70,731.00 | 88,927.01 |
| 4    | 07/01/2007 |           | 1,000.00  | 1,763.43         | 1,000.00      | 0.00           | 18,959.44            | 70,731.00 | 89,690.44 |
| 5    | 10/01/2007 |           | 1,000.00  | 1,782.81         | 1,000.00      | 0.00           | 19,742.25            | 70,731.00 | 90,473.25 |
| 6    | 02/28/2008 |           | 93,380.00 | 2,906.75         | 22,649.00     | 70,731.00      | 0.00                 | 0.00      | 0.00      |

EXHIBIT 4

# Ledger Listing with Fee/Cost Breakdown

**matter id = '06-108' and statement**

**Billing Company: Cal Citrus Packing Co.**

| Matter ID | Date | StmnNo. | Type | Total | Balance | Fees | Hard Costs | Soft Costs | Interest/Tax |
|---|---|---|---|---|---|---|---|---|---|
| 06-108 | 1/31/2006 | 3130 | Statement | 818.45 | 0.00 | 791.50 | 26.95 | 0.00 | 0.00 |
| 06-108 | 2/28/2006 | 3361 | Statement | 37.50 | 0.00 | 37.50 | 0.00 | 0.00 | 0.00 |
| 06-108 | 3/31/2006 | 3659 | Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06-108 | 4/30/2006 | 3958 | Statement | 100.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 |
| 06-108 | 5/31/2006 | 4218 | Statement | 817.98 | 0.00 | 422.50 | 356.03 | 39.45 | 0.00 |
| 06-108 | 6/30/2006 | 4465 | Statement | 179.95 | 0.00 | 175.00 | 0.00 | 4.95 | 0.00 |
| 06-108 | 7/31/2006 | 4787 | Statement | 378.82 | 0.00 | 212.50 | 163.35 | 2.97 | 0.00 |
| 06-108 | 8/31/2006 | 4957 | Statement | 2,285.53 | 0.00 | 1,928.00 | 329.00 | 28.53 | 0.00 |
| 06-108 | 9/30/2006 | 5208 | Statement | 498.06 | 0.00 | 486.00 | 1.04 | 11.02 | 0.00 |
| 06-108 | 10/31/2006 | 5572 | Statement | 595.83 | 0.00 | 590.00 | 0.88 | 4.95 | 0.00 |
| 06-108 | 11/30/2006 | 5672 | Statement | 877.50 | 0.00 | 877.50 | 0.00 | 0.00 | 0.00 |
| 06-108 | 12/31/2006 | 5911 | Statement | 615.95 | 0.00 | 585.00 | 0.00 | 30.95 | 0.00 |
| 06-108 | 1/31/2007 | 6145 | Statement | 300.45 | 0.00 | 292.50 | 3.08 | 4.87 | 0.00 |
| 06-108 | 2/28/2007 | 6396 | Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06-108 | 4/30/2007 | 6932 | Statement | 204.23 | 0.00 | 195.00 | 0.00 | 9.23 | 0.00 |
| 06-108 | 5/31/2007 | 7176 | Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

EXHIBIT 5

# Ledger Listing with Fee/Cost Breakdown

matter id = "06-108" and statement

| Matter ID | Date | StmnNo. | Type | Total | Balance | Fees | Hard Costs | Soft Costs | Interest/Tax |
|-----------|------|---------|------|-------|---------|------|------------|------------|--------------|
| 06-108 | 7/31/2007 | 7688 | Statement | 301.77 | 0.00 | 292.50 | 0.00 | 9.27 | 0.00 |
| 06-108 | 8/31/2007 | 7910 | Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06-108 | 1/31/2008 | 9154 | Statement | 555.91 | 555.91 | 547.50 | 0.00 | 8.41 | 0.00 |
| Billing Company: Cal Citrus Packing Co. | | | | 8,567.93 | 555.91 | 7,533.00 | 880.33 | 154.60 | 0.00 |
| Grand Total | | | | 8,567.93 | 555.91 | 7,533.00 | 880.33 | 154.60 | 0.00 |

2/12/2008 11:38:21 AM

Page: 2

−42−

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  4100 Newport Place Drive, Suite 700, Newport Beach, California 92660.

    On February 28, 2008, I served the foregoing document(s) described as: **PLAINTIFF'S SECOND EX PARTE APPLICATION TO REINSTATE ACTION AND ENTER JUDGMENT PURSUANT TO STIPULATION; DECLARATION OF PATRICIA J. RYNN IN SUPPORT THEREOF** on She interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

John Pyung-Ku Lee
LAW OFFICES OF JOHN P. LEE
3435 Wilshire Boulevard, Suite 2920
Los Angeles, CA 90010
Attorneys for Defendant

**[X]**    **BY U.S. MAIL.**    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepared at Newport Beach, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]    BY FACSIMILE.    I faxed such document to the addressee at the facsimile number listed for each addressee on February 28, 2008.

[ ]    BY FEDERAL EXPRESS.    I personally delivered such envelope on February 28, 2008, to a Federal Express drop box or office in Newport Beach, California for delivery on August 17, 2006.

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

    Executed on February 28, 2008, at Newport Beach, California.

DATED: February 28, 2008      _____

                  JUNE MONROE

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

1