1  PATRICIA J. RYNN, State Bar No. 092048
2  LOIS RUBIN, State Bar No. 092889
   RYNN & JANOWSKY, LLP
3  4100 Newport Place Drive, Suite 700
4  Newport Beach, CA 92660-2423
   Telephone: (949) 752-2911
5  Facsimile: (949) 752-0953

6
   Attorneys for Plaintiff
7  CAL CITRUS PACKING CO.

8

9              IN THE UNITED STATES DISTRICT COURT

10        FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| CAL CITRUS PACKING CO., a corporation, | CASE NO.  CV-06-3007 PA (RZx) |
| Plaintiff, | **JUDGMENT AGAINST DEFENDANT PURSUANT TO STIPULATION** |
| v. | |
| ROBERT PARK aka ROBERT G. PARK aka ROBERT CHUNGKOOK PARK aka CHUNG KOOK PARK, an individual, doing business as SUN FRUIT DISTRIBUTING, | |
| Defendant. | |

22        Having read and considered the Parties' Stipulation For Entry of Judgment

23  Against Defendants; Order Thereon, the Declaration of Patricia J. Rynn, and all

24  supporting pleadings and exhibits submitted therewith and other pleadings and

25  exhibits already on file with this court, and good cause appearing therefore,

26        JUDGMENT IS HEREBY ENTERED in favor of CAL CITRUS PACKING

27  CO. and against Defendant ROBERT PARK aka ROBERT G. PARK aka

28

06-108/judgment.doc                    1

ROBERT CHUNGKOOK PARK aka CHUNG KOOK PARK, dba SUN FRUIT DISTRIBUTING, in the total amount of $101,947.93 (itemized as $70,731.00 in principal, plus $22,649.00 interest at 10% per annum from the date each obligation became due through the date of February 28, 2008, less payments received, plus $8,567.93 in actual attorney's fees and costs in connection with Defendant's default and in enforcing the terms of the Stipulation and Judgment through the date of January 31, 2008, and all of which qualifies for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*].

Plaintiff is further entitled to receive post-judgment interest at the rate of 10% per annum on all sums due under this judgment until fully paid.

The Clerk shall enter judgment forthwith.

DATED: March 3, 2008

_____
HON. PERCY ANDERSON
United States District Judge

LAW OFFICES
RYNN & JANOWSKY, LLP
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

06-108/judgment.doc

2